# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALVOTECH USA INC. and ALVOTECH HF., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., | ) ) ) |
| Defendants. | ) |

Case No. 1:21-cv-05645

Hon. Chief Judge Rebecca R. Pallmeyer

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alvotech USA, Inc. and Alvotech hf. dismiss this action without prejudice. Defendants have not served an answer, nor have Defendants moved for summary judgement.

Date: November 1, 2021

Respectfully submitted,

ALVOTECH USA INC. and ALVOTECH HF.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

*Attorney for Alvotech USA Inc. and Alvotech hf.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021 I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system; and also via email upon counsel for AbbVie Inc. and AbbVie Biotechnology Ltd. who have appeared in this matter which was transferred from 2:21-cv-00265 (E.D. Va.), as follows:

| | |
|---|---|
| Richard Ottinger | Michael A. Morin |
| Dustin M. Paul | David P. Frazier |
| Jennifer L. Eaton | Tara Elliott |
| Vandeventer Black LLP | michael.morin@lw.com |
| 101 W. Main Street, Ste. 500 | david.frazier@lw.com |
| Norfolk, VA 23510 | tara.elliott@lw.com |
| Telephone: (757) 446-8673 | LATHAM & WATKINS LLP |
| Facsimile: (757) 446-8670 | 555 Eleventh Street, NW, Suite 1000 |
| rottinger@vanblacklaw.com | Washington, D.C. 20004-1304 |
| dpaul@vanblacklaw.com | Telephone: (202) 637-2200 |
| jeaton@vanblacklaw.com | Facsimile: (202) 637-2201 |
| | Herman H. Yue |
| | herman.yue@lw.com |
| | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |

/s/ *Louis E. Fogel*
    Louis E. Fogel